UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI
911 JACKSON AVENUE
OXFORD, MS 38655
WWW.MSND.USCOURTS.GOV
(662) 234-1971



MEMORANDUM
_____

TO:       William B. Kirksey

DATE:    September 15, 2009

RE:       *Wilson et al v. Scruggs et al*
          3:09cv006-SA-SAA

The record in this case discloses that you have not enrolled in the court's Electronic Case Filing [ECF] system.

As of January 1, 2006, all persons seeking to file pleadings or other documents in cases in the United States District Court for the Northern District of Mississippi are required to do so electronically. I invite you to register on-line for the court's ECF system by going to our website at

     www.msnd.uscourts.gov/ecf

The "Attorney Training Manual" and the "Administrative Procedures" features on our website describe the personal computer resources you will need and the steps and processes for registering. You may call the clerk's office for additional information.

We conduct live training at the Oxford Federal Building and Courthouse for you and your staff. You may register on-line for a training session; however, if our website does not state the date of our next training session, please call us for assistance.

ECF is free. Once registered and trained, you may file and receive court documents electronically. The savings in postage and time are considerable and immediate. The ability to file documents and review the court's case files 24/7 from any Internet access location in the world is invaluable. Please sign up for ECF right away.

                                         Respectfully,
                                         David Crews, Clerk of Court
                                       By: s/T. A. Barr, Deputy Clerk