IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WILLIAM ROBERTS WILSON, JR., AND                                       PLAINTIFFS
ROBERTS WILSON, JR., P.C. successor to
WM. ROBERTS WILSON, JR., P.A.

VS.                                                                                           3:09cv006

RICHARD F. SCRUGGS, RICHARD F. SCRUGGS, P.A.,                DEFENDANTS
SMBD, INC. f/k/a SCRUGGS LEGAL, P.A.
f/k/a SCRUGGS, MILLETTE, BOZEMAN AND DENT, P.A.,
SLF, INC. f/k/a THE SCRUGGS LAW FIRM, P.A.,
EDWARD J. PETERS, STEVEN A. PATTERSON,
TIMOTHY BALDUCCI, DAVID ZACHARY SCRUGGS, and
JOHN DOES 1-10

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT STEVEN A. PATTERSON'S MOTION TO DISMISS

COME NOW the plaintiffs, Wm. Roberts Wilson, Jr., and Roberts Wilson, Jr., P.C., by and through their attorneys, and file this motion for thirty additional days from October 8, 2009, to file a response and submit a memorandum in opposition to the motion to dismiss filed by defendant Steven A. Patterson. In support of this motion, Wilson would show that the recent death of Mr. Merkel's mother and the trial schedules of counsel necessitate more time to formulate a response in this action and that there is no objection from the defendant Patterson to this request for thirty additional days.

WHEREFORE, PREMISES CONSIDERED, Wilson prays for thirty additional days or until November 7, 2009 to file an opposition and memorandum in opposition to the motion filed by the defendant Steven A. Patterson cited above.

Respectfully submitted, this the 6th day of October, 2009.

        WM. ROBERTS WILSON, JR. and
        ROBERTS WILSON, JR., P.C.,
        PLAINTIFFS


       BY: /s/Vicki R. Slater
        VICKI R. SLATER, (MSB 9759)
        COUNSEL FOR THE
        WILSON PLAINTIFFS


OF COUNSEL:

VICKI R. SLATER, MSB#9759
VICKI R. SLATER, ATTORNEY AT LAW, P.A
1554 LAKESIDE DRIVE
POST OFFICE BOX 23981
JACKSON, MISSISSIPPI 39225-3981
TELEPHONE: (601)987-8184
FACSIMILE: (601)987-8188

WILLIAM B. KIRKSEY, MSB#4183
KIRKSEY & ASSOCIATES
POST OFFICE BOX 33
JACKSON, MISSISSIPPI 39205-0033
TELEPHONE: (601)354-4662
FACSIMILE: (601)354-2433

CHARLES M. MERKEL, JR., MSB#2884
CYNTHIA I. MITCHELL, MSB#3356
MERKEL & COCKE, P.A.
30 DELTA DRIVE
POST OFFICE BOX 1388
CLARKSDALE, MISSISSIPPI 38614-1388
TELEPHONE: (662)-627-9641
FACSIMILE (662)627-3592

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was this day forwarded to the Clerk of Court using the ECF system which sent notification of such filing to the following:

Gerald H. Jacks, Esquire
Jamie F. Jacks, Esquire
Jacks, Adams & Norquist, P.A.
gjacks@jacksadamsnorquist.com
jjacks@jacksadamsnorquist.com

Hiram Eastland, Jr., Esquire
eastlandlaw@bellsouth.net

J. Cal Mayo, Jr., Esquire
Paul Bowie Watkins, Jr., Esquire
Pope S. Mallette, Esquire
cmayo@mayomallette.com
pwatkins@mayomallette.com
pmallette@mayomallette.com

Michael D. Greer, Esquire
mgreer@greerlawfirm.com

Judson M. Lee, Esquire
jlee@ms-lawyer.net

William B. Kirksey, Esquire
mslawyer4183@aol.com

And I hereby certify that I have mailed by U.S.P.S the document to the following non-ECF participants:

Timothy Balducci
12739-042
FCI-Estill
Satellite Camp - Unit F
P.O. Box 699
Estill, SC 29918

By: /s/ Vicki R. Slater
VICKI R. SLATER, MSB 9759