**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**WILLIAM ROBERTS WILSON, JR., et. al**                                                             **PLAINTIFFS**

**V.**                                                                        **CIVIL ACTION NO.: 3:09CV6-SA-SAA**

**RICHARD F. SCRUGGS, et. al**                                                                   **DEFENDANTS**

**ORDER**

The above-styled and numbered cause was assigned to the undersigned United States District Judge Sharion Aycock on August 31, 2009. The Clerk issued a Notice Concerning Waiver of Judicial Disqualification [71] on September 14, 2009. The Notice advised counsel and their clients that if they wished to waive the judge's disqualification, letters to that effect must be sent to clerk's office by October 2, 2009. The Notice further stated that if all parties and all counsel submit such letter, this Notice and all responses will be made part of the record, as required by Canon 3D, and the judge will continue participation in the proceeding.

The October 2, 2009, deadline has passed, and the responses have not been made part of the record. Thus, Judge Aycock hereby **RECUSES** herself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause as directed by the Chief Judge of the Northern District of Mississippi.

This the 15th day of October, 2009.

                                                                /s/ Sharion Aycock
                                                            **UNITED STATES DISTRICT JUDGE**