# DESIGNATION OF DISTRICT COURT JUDGE

# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

In accordance with the provision of section 292(b) of Title 28, United States Code, and finding that the public interest would be served thereby, I hereby designate and assign the Honorable David Hittner, Senior District Judge for the Southern District of Texas, to conduct all proceedings in Case Number 09-CV-00006, which is pending in the Northern District of Mississippi.

*/s/ Edith H. Jones*
_____
Edith H. Jones
Chief Judge

October 23, 2009