UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| William Roberts Wilson, Jr., | § § | |
| V. | § § | CIVIL ACTION NO: 3:09-6 (DH) |
| Richard F. Scruggs, et al, | § § § | |
| Defendants. | § | |

ORDER

IT IS HEREBY

ORDERED that this case is set for a status conference to be held by telephone on Tuesday, December 2, 2009 at 3:00 p.m.

SIGNED this \_\_\_\_9\_\_\_\_ day of November, 2009.

DAVID HITTNER
United States District Judge