## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**WM. ROBERTS WILSON, JR. AND**                                                                             **PLAINTIFFS**
**ROBERTS WILSON, JR., P.C. successor to**
**WM. ROBERTS WILSON, JR., P.A.**

**VS.**                                      **CIVIL ACTION NO. 3:09CV006-NBB-SAA**

**EDWARD J. PETERS,**                                                               **DEFENDANTS**
**STEVEN A. PATTERSON, AND**
**TIMOTHY BALDUCCI**

## NOTICE OF SERVICE

Please take notice that Cynthia I. Mitchell, counsel for the plaintiffs, William Roberts Wilson, Jr., and Roberts Wilson, Jr., P.C., has served upon all counsel named in the accompanying Certificate of Service the following:

1.     Plaintiff s' Designation of Expert Witnesses.

Plaintiffs' counsel maintains the original of said document as custodian thereof.

Respectfully submitted, this the 26th day of February, 2010.

                                                MERKEL & COCKE
                                                A Professional Association
                                                Post Office Box 1388
                                                Clarksdale, Mississippi 38614
                                                (662)-627-9641
                                                (662)-627-3592 telefax

                                                By: /s/ Charles M. Merkel, Jr.
                                                  CHARLES M. MERKEL, JR. (MSB2884)
                                                  CYNTHIA I. MITCHELL (MSB# 3356)
                                                  For the Plaintiffs

OF COUNSEL:

VICKI R. SLATER, MSB# 9759
VICKI R. SLATER, ATTORNEY AT LAW, P.A.
1554 LAKESIDE DRIVE
POST OFFICE BOX 23981
JACKSON, MISSISSIPPI 39225-3981
TELEPHONE: (601)987-8184
FACSIMILE: (601)987-8188

WILLIAM B. KIRKSEY, MSB# 4183
KIRKSEY & ASSOCIATES
POST OFFICE BOX 33
JACKSON, MISSISSIPPI 39205-0033
TELEPHONE: (601)354-4662
FACSIMILE: (601)354-2433

## CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

  Gerald H. Jacks, Esquire
  Jamie F. Jacks, Esquire
  gjacks@jacksadamsnorquist.com
  jjacks@jacksadamsnorquist.com

  Hiram Eastland, Jr, Esquire
  eastlandlaw@bellsouth.net

  Michael D. Greer, Esquire
  mgreer@greerlawfirm.com
  Attorney for Steve Patterson

  Judson M. Lee, Esquire
  jlee@ms-lawyer.net
  Attorney for Ed Peters

  And I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

  Timothy Balducci
  12739-042
  FCI-Estill
  Satellite Camp - Unit F
  P.O. Box 699
  Estill, SC 29918

          /s/Charles M. Merkel, Jr.
          CHARLES M. MERKEL, JR. (MSB# 2884)