UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| Wm. Roberts Wilson, Jr., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil  Action No.:  3:09-6  MBB-SAA |
| | § | |
| | § | |
| Richard F. Scruggs, et al, | § | |
| | § | |
| | § | |
| Defendants. | § | |

ORDER

Pending before the Court is the Plaintiff's Motion to Order Preservation and Retnetion of Original Documents  (Inst. # 54).  Having considered the motion, the submissions and the applicable law,  the Court determines that the motion should be granted.  Accordingly, the Court hereby

Orders that the Motion to Order Preservation and Retention of Original Documents  (Inst. # 54) is GRANTED.  The United States Attorney's Office and the Office of the Federal Bureau of Investigation is ordered to preserve in original form all documents and statements obtained by them related to the conspiracy to corruptly influence DeLaughter to rule in Scruggs' favor in the *Wilson v. Scruggs* case, and to retain the originals of all such documents but are not to produce the documents until further order of this Court.

Signed at Houston, TX on the _____7_____ day of  April, 2010.

DAVID HITTNER
United States District Judge