IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **WM. ROBERTS WILSON, JR. AND**<br>**ROBERTS WILSON, JR., P.C. successor to**<br>**WM. ROBERTS WILSON, JR., P.A.** | **PLAINTIFFS** |
| VS. | NO. 3:09-CV-006-DH |
| **STEVEN PATTERSON,**<br>**EDWARD J. PETERS, and**<br>**TIMOTHY BALDUCCI** | **DEFENDANT** |
| **STEVEN PATTERSON** | **CROSS-CLAIMANT** |
| vs. | |
| **RICHARD F. SCRUGGS** | **CROSS-DEFENDANT** |

**AGREED ORDER OF DISMISSAL**

THIS CAUSE came before the Court by agreement of the Plaintiffs William Roberts Wilson, Jr., and Roberts Wilson, Jr., P.C. ("Plaintiffs"), Defendant Steven Patterson, and Defendant Richard F. Scruggs, seeking dismissal with prejudice of Plaintiffs' claims against Patterson, and dismissal with prejudice of Patterson's cross-claims against Richard F. Scruggs, with all parties to bear their respective attorney fees, costs and expenses. The Court, being fully advised in the premises, finds that the joint *ore tenus* motion of Wilson, Patterson, and Scruggs is well taken and should be granted in full.

IT IS THEREFORE ordered and adjudged that Plaintiffs' claims against Steven Patterson and Patterson's cross-claims against Richard F. Scruggs, whether asserted or amenable to assertion, be and they are hereby dismissed with prejudice, with all parties to bear their respective attorney fees, expenses and costs.

SO ORDERED, this the __10__ day of __May__, 2010.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:


BY:/s/ Charles M. Merkel, Jr._____
    Charles M. Merkel, Jr., Esquire
    (MSB#2884)
    Attorney for Plaintiff

BY:/s/ Michael D. Greer_____
    Michael D. Greer, Esquire
    (MSB# 5002)
    Attorney for Stephen Patterson

BY:/s/ Gerald H. Jacks_____
    Gerald H. Jacks, Esquire (MSB#3232)
    Attorney for Scruggs Defendants